IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| **CLEVELAND LOMAS,** | § | |
| Plaintiff, | § § § | |
| v. | § § | Civil Action No. **3:21-CV-89-L-BN** |
| **GOLD'S GYM,** | § § § | |
| Defendant. | § § | |

# ORDER

The Findings, Conclusions and Recommendation of the United States Magistrate Judge ("Report") (Doc. 4) was entered on January 15, 2021. The Report recommends that this action be dismissed without prejudice for lack of subject matter jurisdiction. No objections to the Report were filed as of the date of this order, and the time to do so has passed.

Having considered the pleadings, file, record in this case, and Report, the court determines that the findings and conclusions of the magistrate judge are correct, and **accepts** them as those of the court. Accordingly, the court **dismisses without prejudice** this action for lack of subject matter jurisdiction.

**It is so ordered** this 25th day of March, 2021.

_Sam A. Lindsay_
Sam A. Lindsay
United States District Judge

Order – Solo Page